In the Matter of MARIE RAMUNDO, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

Submitted July 20, 1943; decided July 20, 1943.

*Robert H. Schaffer, Acting Corporation Counsel (James Hall Prothero* of counsel), for motion.

*Max A. Gulack* opposed.

Motion denied, with ten dollars costs.